845 A.2d 579

**Michael B. SUESSMANN, et al.**

v.

**Linda H. LAMONE, et al.**

**No. 140, Sept. Term, 2003.**

Court of Appeals of Maryland.

· April 2, 2004.

David R. Rocah (Deborah A. Jeon and Richard D. Griffiths of American Civil Liberties Union Foundation of Maryland, on brief), Baltimore, MD, for Appellants.

Michael D. Berman, Deputy Chief of Litigation (J. Joseph Curran, Jr., Atty. Gen. of MD, Judith A. Armold and Melissa S. Whipkey, Asst. Attys. Gen., Baltimore, MD; Cynthia Panos, California, MD; James C. Praley, Glen Burnie, MD, all on brief), for Appellees.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, GREENE and JOHN C. ELDRIDGE (Retired, Specially Assigned), JJ.

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 2nd day of April, 2004,

ORDERED, by the Court of Appeals of Maryland, that the denial by the Circuit Court for St. Mary's County of the Appellants' request for a preliminary injunction be, and it is hereby, affirmed, and it is further

ORDERED that the refusal by the Circuit Court for St. Mary's County to void the primary elections be, and it is hereby, affirmed, and it is further

ORDERED that the issue of the declaratory judgment will be resolved in the opinion later to be filed.  Mandate to issue forthwith.  Costs to be paid by the appellants.